# IN THE UNITED STATES COURT OF APPEALS
## FOR THE FIFTH CIRCUIT

No. 18-50738
Summary Calendar

United States Court of Appeals
Fifth Circuit

**FILED**

March 7, 2019

Lyle W. Cayce
Clerk

WILLIAM GRAHAM; LISA L. GRAHAM,

Plaintiffs-Appellants

v.

U.S. BANK NATIONAL ASSOCIATION, as legal title trustee for Truman 2016 SC6 title trust,

Defendant-Appellee

Appeal from the United States District Court
for the Western District of Texas
USDC No. 1:17-CV-292

Before SMITH, WIENER, and WILLETT, Circuit Judges.

PER CURIAM:*

AFFIRMED.  See Rule 47.6.

---

* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.